Matter of Crockett (2025 NY Slip Op 05565)

Matter of Crockett

2025 NY Slip Op 05565

Decided on October 9, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 9, 2025

PM-229-25
[*1]In the Matter of Pamela Ann Crockett, an Attorney. Committee on Professional Standards, Now Known as Attorney Grievance Committee for the Third Judicial Department, Petitioner; Pamela Ann Crockett, Respondent. (Attorney Registration No. 2629574)

Calendar Date:July 28, 2025

Before:Garry, P.J., Clark, Lynch and Mackey, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Michael K. Creaser of counsel), for petitioner.
Pamela Ann Crockett, Odenton, Maryland, respondent pro se.

Motion by petitioner for an order holding respondent in criminal contempt of this Court's April 24, 2025 order reinstating respondent to practice upon conditions following her August 2014 disciplinary suspension (see Matter of Crockett, 120 AD3d 878 [3d Dept 2014], reinstated 237 AD3d 1467 [3d Dept 2025]; see also Judiciary Law § 750 [A] [3]).
Upon reading the order to show cause executed July 7, 2025, the affirmation with exhibits of petitioner's counsel dated July 1, 2025, respondent's response to motion for contempt with exhibit dated July 25, 2025 and respondent's amended response to motion for contempt dated July 26, 2025, and having determined that respondent's noncompliance with the conditions set forth in our April 24, 2025 order was not willful beyond a reasonable doubt, we deny petitioner's motion.
ORDERED that petitioner's motion to hold respondent in criminal contempt is denied.
Garry, P.J., Clark, Lynch and Mackey, JJ., concur.